**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN RICARDO OCAMPO ALARCON,<br><br>                              Petitioner,<br><br>              v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>                              Respondents. | Case No. 5:26-cv-03461-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Edwin Ricardo Ocampo Alarcon is a noncitizen who was previously released on an Order of Recognizance, and has been detained in the custody of Immigration and Customs Enforcement (ICE) since at least June 2026. *See generally* ECF 1. Since being detained, he has not received any bond hearing or custody determination before an immigration judge. *Id.*

Through a counseled habeas petition, Petitioner alleges that his detention violates his statutory and constitutional rights. *Id.* at ¶¶ 34-40. In their answer to the petition, Respondents state that they "are not presenting an opposition argument at this time." ECF 7 at 2. The Court thus construes the petition as unopposed.

So construed, the petition under 28 U.S.C. § 2241 is **GRANTED**.  Petitioner Edwin Ricardo Ocampo Alarcon (A# 246-289-814) is hereby **ORDERED RELEASED** from ICE custody immediately on conditions of release no more restrictive than those in effect when he was most recently detained.  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: August 7, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2