**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN RICARDO OCAMPO ALARCON,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al*.,<br>Respondents. | Case No. 5:26-cv-03461-DMK<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Edwin Ricardo Ocampo Alarcon (A# 246-289-814) from custody on conditions of release no more restrictive than those in effect when he was most recently detained, and immediately return any confiscated property and documents to Petitioner upon release. Respondents shall file a notice of compliance by August 11, 2026.

DATED: August 7, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE